UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR HERNANDEZ GINEZ,<br><br>　　　　　　　　　　　Defendant. | Case No. 25CR3279 JAH<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>Dec 5 2025<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY  s/ A. Finnell  DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offenses as charged in the Indictment:

Count 1: 21:952, 960, 963 - Conspiracy to Import Methamphetamine, Cocaine, Fentanyl, and Amphetamine; Count 2: 21:952, 960 - Importation of Methamphetamine; Count 3: 21:952, 960 - Importation of Cocaine; Count 4: 21:952, 960 - Importation of Fentanyl

Dated:  12/5/2025

　　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　　United States District Judge